UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID WILLIAMSON, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-103 |
| | § | |
| CONOCOPHILLIPS, *et al*, | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order Granting Rule 41 Agreed Motion to Dismiss (D.E. 36), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 8th day of February, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE